UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA, EX REL
BRENDA SALAHUDDIN ON BEHALF OF              7:25-CV-3215 (NSR)
QUADRI SALAHUDDIN,                          7:21-CR-0681-02 (NSR)
               Petitioner,

      -against-                                   **JUDGMENT**

ROLAND L. DAVIS, D/B/A/ UNITED STATES
MARSHAL SERVICE, et al.,
               Respondents.
-----------------------------------------------------------------X
UNITED STATES OF AMERICA, EX REL
BRENDA SALAHUDDIN ON BEHALF OF              7:25-CV-3216 (NSR)
ANWAR SALAHUDDIN,                           7:21-CR-0681-03 (NSR)
               Petitioner,

      -against-

ROLAND L. DAVIS, D/B/A/ UNITED STATES
MARSHAL SERVICE, et al.,
               Respondents.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated May 7, 2025, because Brendas claims for relief under Section 2255 make no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing these civil actions for the reasons set forth in this order.

**Dated:** New York, New York

May 9, 2025

                **TAMMI M HELLWIG**

                _____

                **Clerk of Court**

**BY:**

                _____

                **Deputy Clerk**